# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>BILL OMAR CARRASQUILLO<br>also known as"OMAR,"also known as<br>"OMI,"also known as"TARGET,"<br>also known as"TARGETIN1080P,"<br>*Defendant* | ) <br>) <br>)    Case No.    21-cr-367-1<br>) <br>) <br>) <br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    BILL OMAR CARRASQUILLO also known as "OMAR," also known as"OMI," also known as "TARGET,"also known as "TARGETIN1080P,"     ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18:371 - CONSPIRACY;17:1202(a)(1)(A),1204(a)(1) AND 18:2 - CIRCUMVENTION OF ACCESS CONTROL DEVICE, AIDING AND ABETTING;17:506(a)(1) AND 18:2319(b)(1) AND 2 - REPRODUCTION OF A PROTECTED WORK, AIDING AND ABETTING
17:506(a)(1)(A) AND 18:2319(b)(2) AND 2 - PUBLIC PERFORMANCE OF A PROTECTED WORK, AIDING AND AIDING
18:1029(a)(2) AND (c)(1)(a)(i) AND 2 - ACCESS DEVICE FRAUD, AIDING AND ABETTING
18:1343 - WIRE FRAUD
18:1014 AND 2 - FALSE STATEMENTS TO A BANK, AIDING AND ABETTING
18:1957 - ENGAGING IN MONETARY TRANSACTIONS DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY
18:1001 - FALSE STATEMENTS
18:2232(a) - REMOVAL OF PROPERY TO PREVENT SEIZURE;26:7201 - TAX EVASION

Date:    09/16/2021      Mark Ciamaichelo, Deputy Clerk
                                            *Issuing officer's signature*

City and state:    Philadelphia, PA      Kate Barkman, Clerk of Court
                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8-16-21 , and the person was arrested on *(date)* 9-21-21<br>at *(city and state)* PA .<br><br>Date:    9-21-21             FBI<br>                                       *Arresting officer's signature*<br><br>                                       *Printed name and title* |