# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:21-cr-00367-HB |
| | : | |
| v. | : | |
| | : | |
| BILL OMAR CARRASQUILLO, et al. | : | |
| | : | |

## GOVERNMENT'S NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the Assistant Attorney General for the Criminal Division, hereby informs the Court that Jeff Pearlman, Senior Counsel, Computer Crime and Intellectual Property Section, Criminal Division, United States Department of Justice, is entering his appearance in this matter on behalf of the United States.

                                            Respectfully submitted,

                                            Kenneth A. Polite, Jr.
                                            Assistant Attorney General, Criminal Division
                                            United States Department of Justice

By:            */s/*Jeff Pearlman
                                            Jeff Pearlman
                                            Senior Counsel
                                            D.C. Bar No. 466-901
                                            Computer Crime and Intellectual Property Section
                                            Criminal Division
                                            United States Department of Justice
                                            1301 New York Avenue NW, Sixth Floor
                                            Washington, D.C. 20005
                                            202-579-6543
                                            Jeffrey.pearlman2@usdoj.gov