## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-367** |
| | : | |
| **BILL OMAR CARRASQUILLO,** | : | |
| **a/k/a "Omar,"** | : | |
| **a/k/a "Omi,"** | : | |
| **a/k/a "Target,"** | : | |
| **a/k/a "Targetin1080p,"** | : | |
| **JESSE GONZALES,** | : | |
| **a/k/a "Wulfy,"** | : | |
| **MICHAEL BARONE** | : | |

### BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by and through its attorneys, Jennifer Arbittier Williams, United States Attorney for the Eastern District of Pennsylvania, Sarah L. Grieb, Assistant United States Attorney, Chief, Asset Recovery and Financial Litigation, and David Weisberg, Special Assistant United States Attorney, hereby files this Bill of Particulars for Forfeiture of Property.

The Notices of Forfeiture in the Indictment, which was returned on September 16, 2021, seeks forfeiture of property, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(2)(A), (B), 1029(c)(1)(C), 2323(b)(1), and 28 U.S.C § 2461(c). The United States hereby gives notice that, in addition to the property already listed in the Notices of Forfeiture, specifically Notice of Forfeiture Nos. 1, 3 and 4, the United States is seeking forfeiture of the following additional property:

1.  $5,008.46 in U.S. currency seized from Bank of Southern California Account #3502677166, in the name of Jesse Daniel Gonzales; and

2.  $50,033.11 U.S. currency seized from JP Morgan Chase Bank, N.A. Account #3805223782 in the name of Jennifer Lorene Gonzales.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
United States Attorney

SARAH L. GRIEB
Assistant United States Attorney
Chief, Asset Recovery and Financial Litigation


_____*/s/ David Weisberg*_____
DAVID WEISBERG
Special Assistant United States Attorney


CHRISTOPHER J. MANNION
MATTHEW T. NEWCOMER
Assistant United States Attorneys


JASON GULL
Trial Attorney
Computer Crimes and Intellectual Property Section

December 21, 2021