IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-367 |
| | : | |
| BILL OMAR CARRASQUILLO, | : | |
|     a/k/a "Omar," | : | |
|     a/k/a "Omi," | : | |
|     a/k/a "Target," | : | |
|     a/k/a "Targetin1080p," | : | |
| JESSE GONZALES, | : | |
|     a/k/a "Wulfy," | : | |
| MICHAEL BARONE | : | |
| | : | |
| IN RE: FORFEITURE OF PREMISES KNOWN | : | |
| AS **3357 N. HOPE ST,** | | |
| **PHILADELPHIA, PA**, A PARCEL OF | : | |
| REAL PROPERTY AND ALL | : | |
| APPURTENANCES THERETO, LYING IN | : | |
| PHILADELPHIA COUNTY AND ANY AND | : | |
| ALL PROCEEDS FROM THE SALE THEREOF | : | |

## **NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by the filing of an Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

A federal Grand Jury returned an Indictment charging the defendants with participating in a conspiracy to violate Title 17, United States Code, Sections 506(a)(1)(A), 1201(a)(1)(A), 1204(a)(1), and Title 18, United States Code, Sections 1014, 1029(a)(2), (c)(1)(a)(i), 1343, and 2319(b)(1), (b)(3).

In the filed Indictment's notices of forfeiture, the government seeks forfeiture of, among other things, funds in various bank accounts, motor vehicles, and real property, as they constitute proceeds of the conspiracy in violation of Title 18, United States Code, Section 371, and the related offenses.

The name of the person whose interests are intended to be affected is **Bill Omar Carrasquillo, and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described with the Recorder of Deeds, Philadelphia County, at Document ID 53404122, as owned by Leticia Carrasquillo, and is further described as follows:

> ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.
>
> SITUATE on the East side of Hope Street at the distance of Three Hundred and Sixty nine feet Northward from the North side of Westmoreland Street (No 3357) in the Thirty third Ward of the City of Philadelphia
>
> CONTAINING in front or breadth on the said Hope Street Thirteen feet extending of that width on length or depth Eastwardly between parallel lines at right angles to the said Hope Street Forty six feet to the middle of a certain three feet wide alley, which leads Southward into another Three feet wide alley which leads Westward into Hope Street aforesaid
>
> TOGETHER with free use, right liberty and privilege of the above-mentioned alleys as and for passageways and water courses at all times hereafter
>
> UNDER AND SUBJECT to certain building restrictions
>
> BEING No 3357 Hope Street
>
> BEING PART OF THE SAME PREMISES WHICH Fred C Kane and Thelma A Kane, his wife by Deed dated 1/4/1952 and recorded 1/7/1952 in Deed Book MLS 1 Page 373 conveyed unto Thelma A Kane in fee
>
> CITY REGISTRY    041 N 11  0145

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

        Respectfully submitted,

        JENNIFER ARBITTIER WILLIAMS
        United States Attorney


        */s/ David Weisberg*
        DAVID WEISBERG
        Special Assistant United States Attorney

Dated: January 7, 2022