IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 21-367-1
BILL OMAR CARRASQUILLO

On Bail

# NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Sentencing** hearing on **January 23, 2023** at **11:00 a.m.** before the **Honorable Harvey Bartle III** in **Courtroom 16-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A          interpreter will be required for the defendant.

☒ **Hearing rescheduled from: 9/28/2022**

For additional information, please contact the undersigned.

By:  Kristin R. Makely
     Courtroom Deputy to J. Bartle
     Phone: 267.299-7124

Date:    9/13/2022

cc via U.S. Mail:   Defendant
cc via email:       Defense Counsel D. Mills
                    Assistant U.S. Attorney C. Mannion / M. Newcomer
                    U.S. Marshal
                    Court Security
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator

crnotice (July 2021)